# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   SHELTON J WILSON   § § § § § § §   Case No.: 07-16233
        MARIE D WILSON

        Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/06/2007.

2) This case was confirmed on 12/19/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/14/2009, 11/04/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/29/2009, 09/17/2012.

5) The case was dismissed on 10/24/2012.

6) Number of months from filing to the last payment: 61

7) Number of months case was pending: 65

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 36,260.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 107,324.78 |
| Less amount refunded to debtor | $ 3,011.25 |
| **NET RECEIPTS** | $ 104,313.53 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,000.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 6,600.11 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 8,600.11 |
| Attorney fees paid and disclosed by debtor | $ 1,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ARONSON FURNITURE | SECURED | 50.00 | .00 | 50.00 | 50.00 | .00 |
| ARONSON FURNITURE | UNSECURED | 120.20 | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING | SECURED | 71,000.00 | 68,174.63 | 56,129.65 | 56,129.65 | .00 |
| OCWEN LOAN SERVICING | SECURED | 9,988.00 | 10,372.61 | 9,988.00 | 9,988.00 | .00 |
| NATIONAL CAPITAL MGM | SECURED | 12,000.00 | 12,225.00 | 12,000.00 | 12,000.00 | 1,504.63 |
| NATIONAL CAPITAL MGM | UNSECURED | 4,881.84 | 5,496.78 | 5,721.78 | .00 | .00 |
| ADVOCATE SOUTH SURBU | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| AMERICREDIT FINANCE | UNSECURED | 10,676.28 | NA | NA | .00 | .00 |
| BLACK EXPRESSIONS | UNSECURED | 89.86 | NA | NA | .00 | .00 |
| BLUEHIPPO FUNDING | UNSECURED | 2,265.47 | NA | NA | .00 | .00 |
| BUREAU OF ACCOUNT MA | UNSECURED | 83.34 | NA | NA | .00 | .00 |
| CTR FOR PED GASTRONE | UNSECURED | 133.85 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 394.02 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 193.24 | NA | NA | .00 | .00 |
| COMPUCREDIT | UNSECURED | 284.65 | NA | NA | .00 | .00 |
| DEVRY INC | UNSECURED | 2,691.29 | 2,747.29 | 2,747.29 | .00 | .00 |
| DEVRY | OTHER | NA | NA | NA | .00 | .00 |
| GENESIS FINANCIAL SO | UNSECURED | 278.00 | NA | NA | .00 | .00 |
| GRAND PRAIRIE LIBRAR | UNSECURED | 112.00 | NA | NA | .00 | .00 |
| HOMEWOOD DISPOS/VILL | UNSECURED | 151.00 | NA | NA | .00 | .00 |
| HOUSTON FUNDING | UNSECURED | 755.00 | NA | NA | .00 | .00 |
| HSN | UNSECURED | 39.30 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 1,400.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| INGALLS MEMORIAL HOS | UNSECURED | 162.04 | NA | NA | .00 | .00 |
| LASALLE BANK | UNSECURED | 730.78 | NA | NA | .00 | .00 |
| LASALLE BANK | OTHER | NA | NA | NA | .00 | .00 |
| LELIA LAWRENCE | UNSECURED | NA | 50,000.00 | .00 | .00 | .00 |
| LELIA LAWRENCE | OTHER | NA | NA | NA | .00 | .00 |
| LELIA LAWRENCE | OTHER | NA | NA | NA | .00 | .00 |
| MRSI | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| MONEY MARKET PAY DAY | UNSECURED | 324.88 | NA | NA | .00 | .00 |
| MUSIC EDUCATION | UNSECURED | 1,340.00 | NA | NA | .00 | .00 |
| N L ASSOCIATES | UNSECURED | 74.00 | NA | NA | .00 | .00 |
| NATIONAL READERS SER | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 1,454.36 | 1,506.00 | 1,506.00 | .00 | .00 |
| NICOR GAS | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| ORAL SURGERY CENTER | UNSECURED | 258.12 | 258.12 | 258.12 | .00 | .00 |
| OUTDOOR PHOTOGRAPHER | UNSECURED | 12.97 | NA | NA | .00 | .00 |
| PAYDAY LOAN | UNSECURED | 755.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE OF | UNSECURED | 309.92 | 309.92 | 309.92 | .00 | .00 |
| PAYDAY LOAN STORE OF | UNSECURED | 664.35 | NA | NA | .00 | .00 |
| PRAIRIE STATE COLLEG | UNSECURED | 497.20 | NA | NA | .00 | .00 |
| PROVIDIAN FINANCIAL | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 768.55 | 717.86 | 717.86 | .00 | .00 |
| SBC | UNSECURED | 127.62 | NA | NA | .00 | .00 |
| SOUND & SPRIT | UNSECURED | 30.81 | NA | NA | .00 | .00 |
| SOUTH SUBURBAN HOSPI | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| STAR NEWSPAPERS | UNSECURED | 26.00 | NA | NA | .00 | .00 |
| SOUTH EMERGENCY PHYS | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 929.88 | 963.83 | 963.83 | .00 | .00 |
| THE EYE SPECIALIST | UNSECURED | 71.75 | NA | NA | .00 | .00 |
| UNIVERSITY OF PHOENI | UNSECURED | 1,440.00 | NA | NA | .00 | .00 |
| UNIVERSITY OF PHOENI | OTHER | NA | NA | NA | .00 | .00 |
| VILLAGE OF HAZEL CRE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL/PR | UNSECURED | 2,458.56 | NA | NA | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | NA | 61.91 | 61.91 | .00 | .00 |
| AMERICREDIT FINANCIA | SECURED | NA | 11,043.88 | .00 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 110.10 | 110.10 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 25.18 | 25.18 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | 102.62 | 102.62 | .00 | .00 |
| MUSIC EDUCATION | SECURED | NA | 2,980.00 | .00 | .00 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 31,004.74 | 31,004.74 | 16,041.14 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 3,412.95 | 3,412.95 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 10,114.73 | 10,114.73 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 56,129.65 | 56,129.65 | .00 |
| Mortgage Arrearage | 9,988.00 | 9,988.00 | .00 |
| Debt Secured by Vehicle | 12,000.00 | 12,000.00 | 1,504.63 |
| All Other Secured | 50.00 | 50.00 | .00 |
| **TOTAL SECURED:** | 78,167.65 | 78,167.65 | 1,504.63 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 31,004.74 | 16,041.14 | .00 |
| **TOTAL PRIORITY:** | 31,004.74 | 16,041.14 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 26,052.29 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 8,600.11 |
| Disbursements to Creditors | $ | 95,713.42 |
| **TOTAL DISBURSEMENTS:** | $ | 104,313.53 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/22/2013               /s/ Tom  Vaughn
                                  Tom  Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**